Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Ana Maria Rodriguez, et al,<br><br>　　　　　　　Defendants. | CASE NO. 2:19-cv-04456-TJH-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ANA MARIA RODRIGUEZ  [JS-6] |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendant ANA MARIA RODRIGUEZ that the above-entitled action is hereby dismissed **with prejudice** against ANA MARIA RODRIGUEZ.

///

///

///

///

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL**
**Case No. 2:19-cv-04456-TJH-PLA**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: DECEMBER 14, 2020
**The Honorable Terry J. Hatter Jr**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

**[Proposed] ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 2:19-cv-04456-TJH-PLA**
**PAGE 2**

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 8, 2020, I caused to serve the following documents entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANA MARIA RODRIGUEZ**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Mr. Joseph W. Kellener, Esquire          (Attorneys for Defendant
**DIGNITY LAW GROUP APC**                Ana Maria Rodriguez)
14401 Sylvan Street, Suite 102
Van Nuys, CA 91401

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 8, 2020, at South Pasadena, California

Dated: December 8, 2020          */s/ Leticia Estrada*
                                 **LETICIA ESTRADA**